IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JAMES LEE MACK** **PLAINTIFF**

v. No. 4:22CV6-NBB-RP

**MARYLEN STURDIVANT, ET AL.** **DEFENDANTS**

## JUDGMENT

In accordance with the memorandum opinion entered this day:

(1) the plaintiff's claims regarding *administration of the grievance process* are **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted;

(2) Further, as the plaintiff's allegations against defendant *Richard Pennington* involved only his participation in the grievance process, he is **DISMISSED** with prejudice from this case;

(3) In addition, the plaintiff's claims regarding *withholding of privileges* are **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted;

(4) As the plaintiff's allegations against defendants *Marylen Sturdivant*, *Renita Hands*, *Marshea Fipps* and *Demetrius Mumford* involved only the withholding of privileges, they are likewise **DISMISSED** with prejudice from this case.

(5) The plaintiff's claims against defendants *Superintendent Timothy Morris*, *Unit 29 Warden Lee Simon*, *Commissioner Burl Cain*, and *Deputy Commissioner Jeworski Mallet* regarding *unconstitutionally harsh general conditions of confinement* will, however, **PROCEED;**

(6) In light of this memorandum opinion and judgment, the plaintiff's motions [23], [26] to extend the deadline to respond to the court's show cause order are **DISMISSED** as moot.

**SO ORDERED**, this, the 1st day of November, 2022.

/s/ Neal Biggers
NEAL B. BIGGERS
SENIOR U. S. DISTRICT JUDGE