IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JAMES LEE MACK**                                                                              **PLAINTIFF**

v.                                                                                        No. 4:22CV6-NBB-RP

**MARYLEN STURDIVANT, ET AL.**                                        **DEFENDANTS**

**ORDER *DENYING* PLAINTIFF'S MOTION [16]
TO PROCEED ANONYMOUSLY**

This matter comes before the court on the motion [16] by the plaintiff to proceed anonymously. The plaintiff argues that defendant Mumford seeks to have other inmates harm the plaintiff because the plaintiff's allegations in the instant complaint involve Mumford. The plaintiff has since been relocated to another facility, and, by separate memorandum opinion and judgment, the court has dismissed Mumford as a defendant in this case. For these reasons, the instant motion [16] is **DENIED**.

**SO ORDERED**, this, the 7th day of February, 2023.

                                                                                 /s/ Neal Biggers
                                                                                 NEAL B. BIGGERS, JR.
                                                                                 SENIOR U.S. DISTRICT JUDGE